SLIP OPINION    Cite as 2015 Ark. App. 395



# ARKANSAS COURT OF APPEALS

DIVISION III
**No.** CR–14–780

| | | |
|---|---|---|
| BRANDON HOUSE | APPELLANT | **Opinion Delivered** June 17, 2015 |
| V. | | APPEAL FROM THE CLARK COUNTY CIRCUIT COURT [NOs. CR-2012-9; CR-2010-202] |
| STATE OF ARKANSAS | APPELLEE | HONORABLE ROBERT MCCALLUM, JUDGE |
| | | DISMISSED |

### RITA W. GRUBER, Judge

On May 27, 2014, the Circuit Court of Clark County entered separate sentencing orders that revoked Brandon House's probation in circuit cases Nos. CR-2010-02 and CR-2012-09[1] and sentenced him to respective sentences of forty years' imprisonment and ten years' suspended imposition of sentence. His attorney filed with this court a motion to consolidate appeals of the two cases, a motion that we initially denied. We later found it prudent to address the appeals together, however, and we sua sponte consolidated them. In *House v. State*, 2015 Ark. App. 280, we affirmed the revocation and granted counsel's motion to withdraw in each case. *See* Ark. R. App. P.–Civ. 3(c) (2014) (allowing this court to consolidate appeals upon our own motion).

The appeal now before us, No. CR-14-780 in our court, consists of filings essentially

---

[1]In 2011, House received five years' probation in CR-2010-202 on two counts of commercial burglary and one count of felony theft of property; in 2012, he received six years' probation in CR-2012-09 on two counts of second-degree forgery.

identical to those in our previous decision—counsel's motion to withdraw from both cases, counsel's no-merit brief, House's pro-se points, and the State's brief responding to pro se points—and raises issues identical to those we previously addressed. *House*, *supra*. We therefore dismiss the appeal as moot.

ABRAMSON and HOOFMAN, JJ., agree.

*Brandon Crawford*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Jake H. Jones*, Ass't Att'y Gen., for appellee.

SLIP OPINION